IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIAN WILLIAMS,

    Petitioner,

v.                                  CASE NO. 4:08cv192-SPM/MD

WALTER MCNEIL,

    Respondent.

_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY

This cause comes before the Court on Petitioner's Notice of Appeal (doc. 30) which has been treated in accordance with Federal Rule of Appellate Procedure 22(b) as a request for a certificate of appealability.

A petitioner seeking a certificate of appealability must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard is met if the petitioner can show that reasonable jurists could differ as to the resolution of the case or if the issues have sufficient merit to deserve encouragement to appeal. Slack v. McDaniel, 529 U.S. 473, 484 (2000).

Petitioner's claims were fully analyzed in the Report and Recommendation (doc. 24). The resolution of this case is not debatable and the issues do not

deserve encouragement to appeal.  Accordingly, it is

ORDERED AND ADJUDGED that Petitioner's motion for certificate of appealability (doc. 30) is denied.

DONE AND ORDERED this 11th day of February, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge